DENISE MARIE LARSON, APPELLEE, V. RICHARD JAMES LARSON, APPELLANT.

416 N.W.2d 574

Filed December 18, 1987.    No. 86-035.

Anthony S. Troia of Troia Law Offices, P.C., for appellant.

Peter C. Bataillon of Sodoro, Daly & Sodoro, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, and GRANT, JJ., and COLWELL, D.J., Retired.

PER CURIAM.

This is a dissolution action in which the respondent-appellant husband, Richard James Larson, claims the trial court's division of the marital assets was unreasonable. We have reviewed the trial court's judgment de novo on the record and determined the trial court did not abuse its discretion in the division of those assets. Accordingly, the decree of the trial court is affirmed.

AFFIRMED.